TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00060-CR

Fred Garcia, Jr., Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 51ST JUDICIAL DISTRICT

NO. A-97-0176-S, HONORABLE BARBARA L. WALTHER, JUDGE PRESIDING

PER CURIAM

This is an appeal from a judgment of conviction for felony driving while intoxicated. 
Appellant did not request a free record on appeal. See Tex. R. App. P. 20.2. Although appellant's
retained counsel asked for and was granted additional time to pay for the reporter's record, no payment
was made. We conclude that the absence of a reporter's record is due to appellant's fault. See Tex. R.
App. P. 37.3(c). 

Counsel was notified that the appeal would be submitted for decision without a reporter's
record and given one month to tender a brief. No brief has been received. We conclude from the record
before us that appellant has failed to make the necessary arrangements for filing a brief. See Tex. R. App.
P. 38.8(b)(4).

We have reviewed the clerk's record and find no error or other matter that should be
considered in the interest of justice. The judgment of conviction is affirmed.

Before Chief Justice Yeakel, Justices Aboussie and Jones

Affirmed

Filed: August 31, 1998

Do Not Publish